**IT IS ORDERED as set forth below:**

**Date: June 5, 2018**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT

**Northern District of Georgia**
**Atlanta Division**

IN THE MATTER OF
**Dorothy Worthy Huggins**

       Debtor(s),

CASE NUMBER.: **15–59303–jwc**
CHAPTER: **7**
JUDGE: **Jeffery W. Cavender**

ORDER GRANTING MOTION FOR EXAMINATION
OF DEBTOR(S) PURSUANT TO FED. R. BANK. P. 2004

The motion of Jordan E. Lubin ("Movant") for an order authorizing the examination of the Debtor or Debtors (hereinafter "Debtor") having been read and considered, it is ORDERED that the motion is GRANTED to permit pursuant to Fed. R. Bankr. R. 2004(b) the examination of the Debtor designated in the motion at a mutually agreed time and place. Debtor is directed to produce at the examination any and all documents in Debtor's custody or control identified in the motion, if any, subject to Debtor's right to move for a protective order. If Movant and Debtor cannot agree on a mutual time and place, Movant may amend the motion pursuant to Fed. R. Bankr. P. 2004(d) to show cause for entry of an order directing Debtor to appear at a particular time and place.

***END OF ORDER***

Form jem–2004deb